**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmbcourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| MP Octopus Pizza, LLC, | Case No.: 8:24-bk-06739-CPM |
| | *Jointly Administered with:* |
| MP Big Ben Pizza, LLC, | Case No.: 8:24-bk-06740-CPM |
| BFDWC PIZZA, LLC, | Case No.: 8:24-bk-06741-CPM |
| DRT @ Burky's, LLC, | Case No.: 8:24-bk-06742-CPM |
| B & T Pizza House, LLC, | Case No.: 8:24-bk-06744-CPM |
| TBDB GR8 Pizza, LLC, | Case No.: 8:24-bk-06745-CPM |
| RDNJB Pizza, LLC, | Case No.: 8:24-bk-06749-CPM |
| Cortez Pizza House, LLC, | Case No.: 8:24-bk-06750-CPM |
| Buckeye Pizza 8282, LLC, | Case No.: 8:24-bk-06751-CPM |
| Bama Pizza 8028, LLC, | Case No.: 8:24-bk-06754-CPM |
| BFDICU 8090, LLC, | Case No.: 8:24-bk-06756-CPM |
| MP Shark Pizza, LLC, | Case No.: 8:24-bk-06759-CPM |
| BTDTSDC 8191, LLC, | Case No.: 8:24-bk-06760-CPM |
| Real Quest Pizza, LLC, | Case No.: 8:24-bk-06763-CPM |
| Ft. Myers Pizza Players, LLC, | Case No.: 8:24-bk-06766-CPM |
| Flying Grouper Pizza, LLC, | Case No.: 8:24-bk-06767-CPM |
| Stingray 1812 Pizza, LLC, | Case No.: 2:24-bk-01751-CPM |
| MP Towers III, LLC, | Case No.: 2:24-bk-01753-CPM |
| MP Summerlin, LLC, | Case No.: 2:24-bk-01756-CPM |

Debtors.                                              /

| | |
|---|---|
| MP Octopus Pizza, LLC, | Case No.: 8:24-bk-06739-CPM |
| MP Big Ben Pizza, LLC, | Case No.: 8:24-bk-06740-CPM |
| BFDWC PIZZA, LLC, | Case No.: 8:24-bk-06741-CPM |
| DRT @ Burky's, LLC, | Case No.: 8:24-bk-06742-CPM |
| B & T Pizza House, LLC, | Case No.: 8:24-bk-06744-CPM |
| TBDB GR8 Pizza, LLC, | Case No.: 8:24-bk-06745-CPM |
| RDNJB Pizza, LLC, | Case No.: 8:24-bk-06749-CPM |
| Cortez Pizza House, LLC, | Case No.: 8:24-bk-06750-CPM |
| Buckeye Pizza 8282, LLC, | Case No.: 8:24-bk-06751-CPM |
| Bama Pizza 8028, LLC, | Case No.: 8:24-bk-06754-CPM |
| BFDICU 8090, LLC, | Case No.: 8:24-bk-06756-CPM |
| MP Shark Pizza, LLC, | Case No.: 8:24-bk-06759-CPM |
| BTDTSDC 8191, LLC, | Case No.: 8:24-bk-06760-CPM |
| Real Quest Pizza, LLC, | Case No.: 8:24-bk-06763-CPM |
| Ft. Myers Pizza Players, LLC, | Case No.: 8:24-bk-06766-CPM |

| | |
|---|---|
| Flying Grouper Pizza, LLC, | Case No.: 8:24-bk-06767-CPM |
| Stingray 1812 Pizza, LLC, | Case No.: 2:24-bk-01751-CPM |
| MP Towers III, LLC, | Case No.: 2:24-bk-01753-CPM |
| MP Summerlin, LLC, | Case No.: 2:24-bk-01756-CPM |

<u>Applicable Debtors</u>                /

MP Octopus Pizza, LLC,
MP Big Ben Pizza, LLC,
BFDWC PIZZA, LLC,
DRT @ Burky's, LLC,
B & T Pizza House, LLC,
TBDB GR8 Pizza, LLC,
RDNJB Pizza, LLC,
Cortez Pizza House, LLC,
Buckeye Pizza 8282, LLC,
Bama Pizza 8028, LLC,
BFDICU 8090, LLC,
MP Shark Pizza, LLC,
BTDTSDC 8191, LLC,
Real Quest Pizza, LLC,
Ft. Myers Pizza Players, LLC,
Flying Grouper Pizza, LLC,
Stingray 1812 Pizza, LLC,
MP Towers III, LLC,
MP Summerlin, LLC,
Terry Burkholder and
Benjamin Finley                                              Adv. Pro. No.: 8:25-ap-00181-CPM

      Plaintiffs,

V.

David McComas,

      Defendant.
_____/

## EXPEDITED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

**COME NOW** MP Octopus Pizza, LLC, MP Big Ben Pizza, LLC, BFDWC PIZZA, LLC, DRT @ Burky's, LLC, B & T Pizza House, LLC, TBDB GR8 Pizza, LLC, RDNJB Pizza, LLC, Cortez Pizza House, LLC, Buckeye Pizza 8282, LLC, Bama Pizza 8028, LLC, BFDICU 8090,

LLC, MP Shark Pizza, LLC, BTDTSDC 8191, LLC, Real Quest Pizza, LLC, Ft. Myers Pizza Players, LLC, Flying Grouper Pizza, LLC, Stingray 1812 Pizza, LLC, MP Towers III, LLC, MP Summerlin, LLC ("**Applicable Debtors**"), Terry Burkholder, individually, and Benjamin Finley, individually (collectively, the "Plaintiffs"), by and through undersigned counsel, and file this *Expedited Motion for Preliminary Injunctive Relief* seeking a temporary restraining order, and in support thereof states as follows:

I.      **Background**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b).  This is a core matter with this Court's exclusive jurisdiction pursuant to 28 U.S.C. §157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §1409.

2.      The statutory predicates for the relief sought herein are 11 U.S.C. §105(a) and Rules 7001 and 7065.

3.      The Applicable Debtors filed for relief under Chapter 11 of the Bankruptcy Code, in the Middle District of Florida, Tampa Division, on November 15, 2024, and are continuing to operate their businesses and manage their financial affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code and are subject to the jurisdiction of this Court. The cases are jointly administered with fourteen (14) related cases under the lead case styled: *MP Octopus Pizza, LLC, Chapter 11 Case No.: 8:24-bk-06739-CPM*.

4.      The Applicable Debtors are indebted to the Defendant in the approximate amount of $450,000.00 (the "**McComas Debt**").

5.      The principals of the Applicable Debtors, Terry Burkholder ("**Burkholder**") and Benjamin Finley ("**Finley**"), have personally guaranteed the McComas Debt.

6.      On February 5, 2025, the Defendant filed a lawsuit against Burkholder and Finley, individually, in the Circuit Court for the Twentieth Judicial Circuit in and for Sarasota County, Florida styled David McComas v. Terry Burkholder and Benjamin Finley (Case No.: 2025-CA-000545-SC) to collect on the McComas Debt. A copy of the Complaint is attached hereto as Exhibit "A".

## II. Relief Requested

7. The Applicable Debtors filed the instant bankruptcy proceedings to restructure their obligations to their various creditors, including the McComas Debt.

8. Although it appears that Defendant has ceased attempting to collect the McComas Debt from the Applicable Debtors, it is still proceeding against Burkholder and Finley based upon the personal guarantees.

9. Burkholder and Finley are active in the day-to-day management and operations of the Applicable Debtors, and fourteen (14) affiliated stores, and are currently involved in formulating confirmable plans of reorganization.

10. The Applicable Debtors have a substantial likelihood of success with respect to formulating and achieving confirmation of plans of reorganization.

11. Unless the McComas Lawsuit is stayed, the Applicable Debtors will suffer irreparable harm in that: (1) Burkholder and Finley will be required to spend substantial time, energy, and personal financial resources defending the McComas Lawsuit, thereby diverting time and effort from the Applicable Debtors' reorganization; and (2) a judgment in the McComas Lawsuit will negatively impact the Applicable Debtors because a judgment against Burkholder and Finley will, in effect, be a judgment or finding against the Applicable Debtors.

12. A temporary stay of the McComas Lawsuit pending confirmation will not cause significant prejudice to Balboa.

13. The public interest would be served by the staying of the McComas Lawsuit pending confirmation because reorganization is preferable to liquidation.

14. Until the expiration of the injunction requested above, neither Burkholder nor Finley will transfer, conceal, dissipate, or encumber non-exempt assets outside the ordinary course of business. Burkholder and Finley will only utilize personal assets to operate the Applicable Debtors and to support their households.

**WHEREFORE** MP Octopus Pizza, LLC, MP Big Ben Pizza, LLC, BFDWC PIZZA, LLC, DRT @ Burky's, LLC, B & T Pizza House, LLC, TBDB GR8 Pizza, LLC, RDNJB Pizza,

LLC, Cortez Pizza House, LLC, Buckeye Pizza 8282, LLC, Bama Pizza 8028, LLC, BFDICU 8090, LLC, MP Shark Pizza, LLC, BTDTSDC 8191, LLC, Real Quest Pizza, LLC, Ft. Myers Pizza Players, LLC, Flying Grouper Pizza, LLC, Stingray 1812 Pizza, LLC, MP Towers III, LLC, MP Summerlin, LLC, TERRY BURKHOLDER and BENJAMIN FINLEY respectfully request this Honorable Court: (1) grant the instant motion; (2) enjoin David McComas from proceeding with collection activities against Burkholder and Finley; and (3) for such other and further relief as this Court shall deem appropriate.

                              BUDDY D. FORD, P.A.,

                              /s/ Buddy D. Ford
                              Buddy D. Ford, Esquire (FBN: 0654711)
                              Email: *Buddy@tampaesq.com*
                              Jonathan A. Semach, Esquire (FBN: 0060071)
                              Email: *Jonathan@tampaesq.com*
                              Heather M. Reel, Esquire (FBN: 0100357)
                              Email: *Heather@tampaesq.com*
                              9301 West Hillsborough Avenue
                              Tampa, Florida 33615-3008
                              Telephone: (813) 877-4669
                              Facsimile: (813) 877-5543
                              Office Email: All@tampaesq.com
                              Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**.

**I HEREBY CERTIFY** that on this  5th  day of May, 2025, a true and correct copy of the foregoing was furnished by ■ Certified U.S. Mail to:

David McComas, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

David McComas, c/o Into Dough Development, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

David McComas, c/o Kevin Hubbart Registered Agent for Into Dough Development, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

Christopher Hixson, Esq., 18167 US Hwy. 19 N., Suite 250, Clearwater, FL 33764

and by ■ Regular U.S. Mail to:

David McComas, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

David McComas, c/o Into Dough Development, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

David McComas, c/o Kevin Hubbart Registered Agent for Into Dough Development, 18167 US Hwy 19 North, Suite 450, Clearwater, FL 33764

Christopher Hixson, Esq., 18167 US Hwy. 19 N., Suite 250, Clearwater, FL 33764

Terry Burkholder, 820 S. Gondola Dr., Venice, FL 34293

Benjamin Finley, 6616 Hornbuckle Blvd., North Port, FL 34291

MP Octopus Pizza, LLC, 32797 Eiland Blvd., Wesley Chapel, FL 33545

MP Big Ben Pizza, LLC, 1408 Dale Mabry Hwy., Lutz, FL 33548

BFDWC PIZZA, LLC, 3005 Duff Rd., Lakeland, FL 33810

DRT @ Burky's, LLC, 735 Shamrock Blvd., Venice, FL 34292

B & T Pizza House, LLC, 810 S Missouri Ave., Clearwater, FL 33756

TBDB GR8 Pizza, LLC, 1970 S. McCall Rd., Englewood, FL 34223

RDNJB Pizza, LLC, 3599 Webber St., Sarasota, FL 34239

Cortez Pizza House, LLC, 1126 62nd Ave. N., St. Petersburg, FL 33702

Buckeye Pizza 8282, LLC, 11182 66th St. N., Largo, FL 33773

Bama Pizza 8028, LLC, 1440 Main St., Dunedin, FL 34698

BFDICU 8090, LLC, 5321 S. Florida Ave., Lakeland, FL 33813

MP Shark Pizza, LLC, 9310 US Highway 192, Clermont, FL 34714

BTDTSDC 8191, LLC, 229 Tamiami Trail, Nokomis, FL 34275

Real Quest Pizza, LLC, 4436 Hancock Bridge Pkwy., North Fort Myers, FL 33903

Ft. Myers Pizza Players, LLC, 4600 Summerlin Rd., Fort Myers, FL 33918

Flying Grouper Pizza, LLC, 14830 Tamiami Trl, North Port, FL 34287

Stingray 1812 Pizza, LLC, 19451 Cochran Blvd., Port Charlotte, FL 33948

MP Towers III, LLC, 2717 Santa Barbara Blvd., Cape Coral, FL 33914

MP Summerlin, LLC, 15880 Summerlin Rd., Fort Myers, FL 33908

    /s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*